# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
42-40 Bell Blvd, Suite 302  
Bayside, New York 11361  
Tel (516) 829-2299  
jp@jpittell.com

*Long Island Office*  
10 Bond St, Suite 389  
Great Neck, New York 11021  
Tel (516) 829-2299  
jp@jpittell.com

November 12, 2021

Hon. Laura Taylor Swain  
Chief U.S. District Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007

## MEMO ENDORSED

Re:   *US v. Jackson, et. al {Johnny Stevens},* 21 cr 537 (LTS)

Dear Chief Judge Swain:

I am counsel for Johnny Stevens, a defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on December 2, 2021.

Discovery is forthcoming. Following its receipt, Mr. Kelly and I will need time to review it and confer with our clients. Accordingly, please accept this letter in lieu of a joint motion, on behalf of both defendants and on consent of the Government, requesting the conference be adjourned to a date during the week of January 24, 2022.

Defendants Jackson and Stevens, by their counsel, agree to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   Neil Kelly  
       Jacob Gutwillig, AUSA

The foregoing adjournment request is granted. The initial pre-trial conference is hereby rescheduled to January 24, 2022 at 2:15 pm. The Court finds, pursuant to 18 U.S.C. section 3161(H)(7)(A), that the ends of justice served by an exclusion of time from today's date through January 24, 2022 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Docket entry no. 22 is resolved.  
SO ORDERED.  
11/16/2021  
/s/ Laura Taylor Swain, Chief USDJ