# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

November 30, 2021

Hon. Laura Taylor Swain
Chief U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

## MEMO ENDORSED

Re:  *US v. Jackson, et. al {Johnny Stevens},* 21 cr 537 (LTS)

Dear Chief Judge Swain:

I am counsel for Johnny Stevens, a defendant in the above referenced matter.

Please accept this letter in lieu of a formal motion for a modification of Mr. Stevens' bond.

Currently, a condition of the bond restricts Mr. Stevens' travel to the Southern and Eastern Districts of New York. At times, his employment (he works for a delivery service and construction company) may require him to travel to or work in New Jersey.

Accordingly, on consent of the Government and Pretrial Services, I respectfully request the travel condition of the bond be modified to include the District of New Jersey.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Joshua Rothman, USPTO.
Jacob Gutwillig, AUSA

The foregoing request for modification of bond conditions is granted. Docket entry no. 24 is resolved.
SO ORDERED.
12/1/2021
/s/ Laura Taylor Swain, Chief USDJ