**MAHER & PITTELL, LLP**
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **14 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

July 15, 2022

**MEMO ENDORSED**

Hon. Laura Taylor Swain
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   US v. Jackson, et. al {Johnny Stevens}, 21 cr 537 (LTS)

Dear Judge Swain:

I am counsel for Johnny Stevens, a defendant in the above referenced matter.

On September 30, 2021, following his arrest, Mr. Stevens was presented before Magistrate Gorenstein. During the proceeding, Mr. Stevens was released on a recognizance bond. Among other conditions the bond required location monitoring, limited his travel to the Southern and Eastern Districts of New York and required a curfew to be set by Pretrial Services.

Subsequently, in light of Mr. Stevens' work requirements, and his full compliance with the conditions of his bond, the bond has been modified by removal of location monitoring, discontinuance of the curfew and expansion of the travel to include the District of New Jersey. It is my understanding that Mr. Stevens continues to be compliant with the terms of his supervision.

By this letter, I respectfully request that Mr. Stevens' bond be temporarily modified so that he can travel to Pennsylvania this weekend to attend his sister's wedding.

Prior to submission of this letter, I attempted to confer with the Government and Pretrial services to ascertain whether they have any objections. I am still waiting to hear back from them. At this point, due to the late timing of this request (with my apologies for the late timing) I am submitting it at this time.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Jacob Gutwillig, AUSA
       Dominique Jackson, USPTO

Upon the consent of Pretrial Services, the foregoing temporary bond modification request is granted. Mr. Stevens shall provide Pretrial Services with a complete itinerary for his planned travels to Pennsylvania. DE 47 is resolved. SO ORDERED. /s/ Laura Taylor Swain, Chief USDJ 7/15/2022