# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **14 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

August 1, 2022

## MEMO ENDORSED

Hon. Laura Taylor Swain
U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *US v. Jackson, et. al {Johnny Stevens},* 21 cr 537 (LTS)

Dear Judge Swain:

    I am counsel for Johnny Stevens, a defendant in the above referenced matter.

    On September 30, 2021, following his arrest, Mr. Stevens was presented before Magistrate Gorenstein. During the proceeding, Mr. Stevens was released on a recognizance bond. Among other conditions the bond (as modified) limits his travel to the Southern and Eastern Districts of New York and the District of New Jersey.

    Please accept this letter in lieu of a formal motion requesting a temporary modification of Mr. Stevens' bond to permit him to travel to Myrtle Beach, South Carolina, for approximately one week in August, for a family vacation.

    Prior to submission of this letter, I have conferred with the Government and Pretrial services. They both inform that they do not take a position on this request. I have been informed, by Pretrial Services, that Mr. Stevens continues to be fully compliant with the terms of his supervision.

    If this application is granted, prior to his departure, Mr. Stevens will provide his specific travel dates, and itinerary, to Pretrial Services.

                                  Respectfully submitted,
                                    /s/
                                    Jeffrey G. Pittell

cc:   Jacob Gutwillig, AUSA
       Dominique Jackson, USPTO

The foregoing request is granted. DE 49 is resolved.
SO ORDERED.
8/1/2022
/s/ Laura Taylor Swain, Chief USDJ