# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
42-40 Bell Blvd, Suite 302  
Bayside, New York 11361  
Tel (516) 829-2299  
jp@jpittell.com

*Long Island Office*  
10 Bond St, Suite 389  
Great Neck, New York 11021  
Tel (516) 829-2299  
jp@jpittell.com

August 24, 2022

**MEMO-ENDORSED**

Hon. Laura Taylor Swain  
Chief U.S. District Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007

Re:   US v. Jackson, et. al {Johnny Stevens}, 21 cr 537 (LTS)

Dear Chief Judge Swain:

I am counsel for Johnny Stevens, a defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on April 25, 2022.

Please accept this letter in lieu of a joint motion, on behalf of both defendants and with consent of the Government, requesting the conference be adjourned to October 18, 2022 at 12 p.m. We request this adjournment as the parties are engaged in plea discussions with the Government.

Defendants Jackson and Stevens, by their counsel, agree to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   Neil Kelly  
       Jacob Gutwillig, AUSA

The foregoing request for adjournment is granted. The Court understands the conference had been previously scheduled for September 8, 2022, and thus interprets the reference to April 25, 2022, as a clerical error. The pretrial conference for Defendants Jackson and Stevens is hereby adjourned until October 18, 2022, at 12:00 p.m. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through October 18, 2022, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above. Dkt. no. 51 resolved.  
SO ORDERED.  
/s/ Laura Taylor Swain, Chief USDJ   8/25/2022