# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| Tel (516) 829-2299 | Tel (516) 829-2299 |
| *jp@jpittell.com* | *jp@jpittell.com* |

October 12, 2022

Hon. Laura Taylor Swain
Chief U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

## MEMO ENDORSED

Re:    *US v. Jackson, et. al {Johnny Stevens},* 21 cr 537 (LTS)

Dear Chief Judge Swain:

I am counsel for Johnny Stevens, a defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on October 18, 2022

Please accept this letter in lieu of a joint motion, on behalf of both defendants and with consent of the Government, requesting the conference be adjourned to December 2, 2022 at 11:00 a.m. We request this adjournment as the parties are engaged in plea discussions with the Government.

Defendants Jackson and Stevens, by their counsel, agree to an exclusion of time under the Speedy Trial Act.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   Neil Kelly
      Jacob Gutwillig, AUSA

The foregoing adjournment request is granted. The pre-trial conference is hereby adjourned to December 2, 2022, at 11:00 am. The Court finds, pursuant to 18 U.S.C. section 3161(H)(7)(A), that the ends of justice served by an exclusion of time from today's date through December 2, 2022, outweigh the best interests of the public and the defendants in a speedy trial, in order to allow more time for discussion of non-trial dispositions.
DE 55 is resolved.
SO ORDERED.
10/12/2022
/s/ Laura Taylor Swain, Chief USDJ