# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*                                                          *Long Island Office*
**42-40 Bell Blvd,  Suite 302**                                  **10 Bond St,  Suite 389**
**Bayside, New York  11361**                          **Great Neck, New York  11021**
**Tel  (516) 829-2299**                                          **Tel  (516) 829-2299**
***jp@jpittell.com***                                                    ***jp@jpittell.com***

December 2, 2022

Hon. Laura Taylor Swain                       <u>**MEMO ENDORSED**</u>
Chief U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:    *US v. Jackson, et. al {Johnny Stevens},* 21 cr 537 (LTS)

Dear Chief Judge Swain:

I am counsel for Johnny Stevens, a defendant in the above referenced matter.

Currently, the case is scheduled for a status conference on December 8, 2022

Please accept this letter in lieu of a joint motion, on behalf of both defendants and with consent of the Government, requesting the conference be adjourned to February 6 or 8, 2023 at 2:00 p.m. or later, subject the Court's availability.  We request this adjournment as the parties are engaged in plea discussions with the Government.

Defendants Jackson and Stevens, by their counsel, agree to an exclusion of time under the Speedy Trial Act.

                                        Respectfully submitted,
                                        /s/
                                        Jeffrey G. Pittell

cc:    Neil Kelly                 The foregoing adjournment request is granted. The initial pretrial
       Jacob Gutwillig, AUSA      conference is hereby adjourned to February 8, 2023, at 2:30 pm. The
                                  Court finds, pursuant to 18 U.S.C. section 3161(H)(7)(A), that the
                                  ends of justice served by an exclusion of time from today's date
                                  through February 8, 2023, outweigh the best interests of the public
                                  and the defendants in a speedy trial, in order to allow further time for
                                  discussion of non-trial dispositions. DE 59 is resolved.
                                  SO ORDERED.
                                  12/6/2022
                                  /s/ Laura Taylor Swain, Chief USDJ