# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd,  Suite 302**  
**Bayside, New York  11361**  
**Tel  (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St,  Suite 389**  
**Great Neck, New York  11021**  
**Tel  (516) 829-2299**  
*jp@jpittell.com*

March 1, 2023

Hon. Laura Taylor Swain  
Chief U.S. District Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007

<u>**MEMO ENDORSED**</u>

Re:   *US v. Jackson, et. al {Johnny Stevens},* 21 cr 537 (LTS)

Dear Chief Judge Swain:

    I am counsel for Johnny Stevens, a defendant in the above referenced matter.

    Currently, the case is scheduled for a status conference on March 10, 2023.

    I negotiated a plea agreement with the Government and, with consent of the Government, request the above referenced date be adjourned and changed to a plea hearing to be held on March 28, 2023 at 2:30 p.m.  It is my understanding the Court and the Government are available on this date.

    I consent to an exclusion of time under the Speedy Trial Act.

                              Respectfully submitted,  
                              /s/  
                              Jeffrey G. Pittell

cc:   Jacob Gutwillig, AUSA (by ECF)

The foregoing adjournment request is granted. The initial pretrial conference is hereby adjourned, and a change of plea hearing is scheduled for March 28, 2023, at 2:30 pm. The Court finds, pursuant to 18 U.S.C. section 3161(H) (7)(A), that the ends of justice served by an exclusion of time from today's date through March 28, 2023, outweigh the best interests of the public and the defendants in a speedy trial, in order to allow further time for discussion of non-trial dispositions. DE 72 is resolved.  
SO ORDERED.  
3/1/2023  
/s/ Laura Taylor Swain, Chief USDJ