UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                          No.   21 CR 537-LTS-2

JOHNNY STEVENS,

        Defendant.

------------------------------------------------------------x

## ORDER

In light of Mr. Stevens' March 28, 2023 plea of guilty to violating 21 U.S.C. section 846 by participating in a conspiracy to violate 21 U.S.C. sections 841(a)(1) and 841(b)(1)(C), and the Court's finding that there are no exceptional reasons why remand would not be appropriate, Mr. Stevens is hereby remanded to the custody of the United States Marshals, pursuant to 18 USC section 3143(a), pending sentencing.

SO ORDERED.

Dated: New York, New York
       March 28, 2023

                                                                                          LAURA TAYLOR SWAIN
                                                                                        Chief United States District Judge