# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

*Reply To:*                                                                                          *Long Island Office*
**42-40 Bell Blvd,  Suite 302**                                                        **10 Bond St,  Suite 389**
**Bayside, New York  11361**                                                  **Great Neck, New York  11021**
**Tel  (516) 829-2299**                                                                    **Tel  (516) 829-2299**
***jp@jpittell.com***                                                                               ***jp@jpittell.com***

May 30, 2023

Hon. Laura Taylor Swain                              <u>MEMO ENDORSED</u>
Chief U.S. District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *US v. Jackson, et. al {Johnny Stevens},* 21 cr 537 (LTS)

Dear Chief Judge Swain:

I am counsel for Johnny Stevens, a defendant in the above referenced matter.

Currently, the case is scheduled for sentencing on June 15, 2023.

I am still awaiting receipt of letters, documents and other information to be included in the Sentencing Memorandum I intend to file on behalf of Mr. Stevens.  I am hopeful I will receive these items in the near future.  Accordingly, at this point, I am not seeking an adjournment of the sentence date.  However, I request leave to file my sentencing memorandum on June 5, 2023, with the Government filing its submission by June 12, 2023, and the sentencing date remain as currently scheduled.

Prior to submission of this letter, I conferred with the Government and they do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:     Jacob Gutwillig, AUSA (by ECF)

The foregoing extension request is granted. DE 94 is resolved.
SO ORDERED.
5/31/2023
/s/ Laura Taylor Swain, Chief USDJ